AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  4:20-mj-00513 |
| OMAR ERNESTO SORIA, FRANCISCO GABRIEL ) | 4:20-mj-00514 |
| RODRIGUEZ, and IRENE MARIE DECAMPOS, ) | 4:20-mj-00515 |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _September 6th through 7th, 2020_ in the county of _Warren_ in the
_Southern_ District of _Iowa_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(b)(1)(B) | Conspiracy with intent to distribute over 1 kilogram of cocaine. |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_Thomas M. Smith_
*Complainant's signature*

Special Agent Thomas Smith, DEA
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☐X Sworn to before me by telephone or other
reliable electronic means.

Date: _923/2020_

_Helen C. Adams_
*Judge's signature*

City and state: _Des Moines, Iowa_

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
4:47 pm, Sep 23 2020