IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | Case No. 4:20-MJ-000513<br>4:20-MJ-000514<br>4:20-MJ-000515 |

Your affiant, Thomas Smith, being duly sworn, hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. Your Affiant is an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in 18 U.S.C. § 2516.

2. Your affiant has been employed by the United States Department of Justice, Drug Enforcement Administration (DEA) as a Special Agent (SA) since 2011. Your Affiant is currently assigned to the Des Moines Resident Office (RO), Des Moines, Iowa.

3. During my employment with the DEA, I have been the lead investigator in several multi-jurisdictional drug investigations, as well as directly participated and/or assisted in multiple drug investigations led by other federal, state, and local law enforcement officers. These investigations involved the importation, possession, transportation, distribution, and manufacturing of controlled substances, money laundering, as well as conspiracy to commit these offenses. Additionally, these investigations featured the use of a myriad of investigative tools to include, but not limited to, physical and electronic surveillance, confidential source (CS) recruitment and management, undercover transactions, the execution of search warrants, the utilization of court authorized wiretaps, and the arrest and prosecution of drug traffickers. During

4:20-mj-00513<br>
4:20-mj-00514<br>
4:20-mj-00515

the course of these investigations, I have spoken on numerous occasions with CS's, suspects, and experienced narcotics investigators concerning the methods and practices utilized by drug traffickers. Furthermore, I have attended specialized money laundering, asset forfeiture, CS management, conspiracy, and telecommunications exploitation training courses. I have also received advanced training in the form of Basic Clandestine Laboratory and Level-A Clandestine Laboratory Certifications to respond to hazardous conditions such as those found when manufacturing methamphetamine. I am the co-case agent on this case and am fully familiar with the facts of the case.

4. The information set forth herein is based upon the following: (1) the affiant's training, professional education, and experience; (2) the affiant's participation in the instant investigation; (3) the affiant's review of reports and other documents prepared by federal, state, and local law enforcement officers, as well as documents prepared by other government agencies, utilities companies, and private businesses; (4) physical surveillance conducted by federal, state, or local law enforcement agencies, which has been reported to the affiant either directly or indirectly.

5. Based on the facts set forth in this affidavit, there is probable cause that **Omar SORIA, Francisco RODRIGUEZ,** and **Irene De CAMPOS** have committed in the Southern District of Iowa violations of 21 U.S.C. §§ 846 and 841(b)(1)(A) (Conspiracy to Distribute Cocaine).

### I. BACKGROUND INVESTIGATION:

*Information from a Confidential Source of Information (CS#1)*

6. In late August 2020, law enforcement officers in Minnesota debriefed a

Confidential Source of Information (CS#1) regarding the suspected drug trafficking activities of **Omar SORIA**. CS#1 stated that SORIA was a cocaine distributor who frequently traveled to Texas to obtain multi-kilogram quantities of cocaine for distribution in Southern Minnesota. CS#1 stated that he/she was aware of this information because he/she had first person knowledge of **SORIA**'s drug trafficking activities. CS#1 has a prior felony conviction and is providing information to law enforcement that has been corroborated. CS#1 is providing information to law enforcement in exchange for payment.

7. CS#1 stated that **SORIA** drove a black Chevrolet Silverado with a Minnesota license plates and utilized this vehicle to drive through Iowa to Texas on Interstate-35 to obtain cocaine from an unidentified Source of Supply (SOS) in Brownsville, TX. During the trips, **SORIA** frequently brought other people with him in order to switch drivers so that they could drive straight through on the 20+ hour drive. CS#1 detailed that **SORIA** would send some monies via wire transfer to Texas but that during the trip to Texas, **SORIA** brought the majority of the payment for the cocaine in bulk US currency. Once the cocaine was retrieved in Texas, **SORIA** would put the drugs in a bag in the passenger compartment of the vehicle.

8. In late August 2020, Law enforcement in Minnesota obtained a State of Minnesota search warrant and were able to affix a GPS tracker on **SORIA**'s black Chevrolet Silverado to monitor its activity.

*GPS Monitoring Details Trip to Texas*

9. During the early morning hours of Saturday, September 6, 2020 the Silverado began to travel southbound from Minnesota through Iowa toward Brownsville, TX. Minnesota investigators contacted Your Affiant to inform him of the vehicle's movement and law

enforcement continued to monitor its location.

10.  After arriving in Brownsville, TX, the GPS tracking of **SORIA**'s black Chevrolet Silverado stayed in Brownsville, TX for less than 12 hours before traveling northbound. During the evening hours of Sunday September 6, 2020, the vehicle left Texas and traveled straight to Iowa. During the time in Brownsville, TX, GPS tracking of **SORIA**'s vehicle located in the immediate vicinity of a single family home in Brownsville, TX.

11.  On September 7, 2020 at approximately 12:00 p.m., GPS tracking of **SORIA's** Chevrolet Silverado showed that the vehicle was entering the State of Iowa on Interstate-35 from Missouri. This movement indicated that the vehicle had traveled straight from Texas for approximately 16 hours without stopping overnight. In Southern Iowa, surveillance officers observed the vehicle traveling northbound at varying rates of speed. In Warren County, Iowa, Your Affiant coordinated an investigative traffic stop of the vehicle with a Warren County Deputy and K-9 officer. The three occupants of the vehicle were detained in separate police vehicles. The driver of **SORIA'**s Chevrolet Silverado was identified as **Francisco RODRIGUEZ**, the front seat passenger as **Omar SORIA**, and the rear passenger was identified as **Irene DeCAMPOS**. The K-9 officer conducted an open air sniff around the vehicle with his drug certified canine and the canine alerted to the right rear passenger door of the vehicle.

12.  During a search of the vehicle, agents/officers located approximately one kilogram (1,052 grams) of a white powdery substance which field tested positive for cocaine. The cocaine was wrapped in multiple plastic heat-sealed baggies and concealed in a blue and red Tommy Hilfiger zippered fanny pack. In addition to the drugs, multiple items of evidentiary value were located to include bulk currency on **SORIA's** person, a WalMart receipt for a vacuum-sealer in **DeCAMPOS'** purse, the credit card used to purchase the vacuum-sealer in SORIA's wallet, the

4

cellular phone for **SORIA** utilized to contact a phone number associated with a Texas area-coded telephone number and the cellular phone of **RODRIGUEZ** later determined to contain pictures of bulk US currency and suspected drug sale messaging. An adult pit bull dog later determined to belong to **RODRIGUEZ** was also in a kennel in the bed of the pickup truck. All three occupants were booked into Warren County Jail on State of Iowa drug charges.

13. A criminal history for **SORIA** revealed a 1997 felony burglary conviction in Brownsville, TX. A criminal records query for **RODRIGUEZ** showed a felony State of Texas smuggling of persons conviction. A criminal records check for **DECAMPOS** showed multiple misdemeanor convictions to include theft and disorderly conduct.

*Information from Cooperating Defendant (CD#2):*

14. In the Fall of 2020, Your Affiant debriefed a Cooperating Defendant (CD#2) regarding the suspected drug trafficking activities of **Omar SORIA**, **Francisco RODRIGUEZ**, and **Irene DeCAMPOS**. CD#2 is providing information to law enforcement in exchange for consideration for a pending criminal case in the State of Iowa and has provided information to law enforcement that has been corroborated.

15. CD#2 stated that **SORIA, RODRIGUEZ**, and **DeCAMPOS** traveled from Minnesota to Iowa during the holiday weekend of September 5-7, 2020 in order to retrieve at least one kilogram of cocaine from a Hispanic male in Brownsville, TX. CD#2 stated that **SORIA, RODRIGUEZ,** and **DeCAMPOS** each shared driving of **SORIA's** black Chevrolet Silverado. During the drive to Texas, **SORIA** was in direct contact with the Hispanic male via telephone, giving updates on their location as they neared the Hispanic male's residence in Brownsville, TX.

5

Once in Brownsville, TX the group (**SORIA, RODRIGUEZ,** and **DeCAMPOS**) stayed at the Boca Chica Inn & Suites in Brownsville, TX. Bulk currency was carried by **SORIA, RODRIGUEZ,** and **DeCAMPOS** for payment for the cocaine.

16. In Brownsville, TX, **SORIA, RODRIGUEZ,** and **DeCAMPOS** traveled to a single family residence Brownsville, TX. **SORIA, RODRIGUEZ,** and **DeCAMPOS** all went into the house and **SORIA** paid the cocaine Source of Supply. The group then left the house and **SORIA** carried a blue and red fanny pack carrying the cocaine. At some time during their brief time in Texas, CD#2 relayed that **SORIA** and **DeCAMPOS** traveled to a local WalMart in order to purchase a vacuum sealer to package the cocaine. During the trip back through Iowa to Minnesota, **SORIA, RODRIGUEZ,** and **DeCAMPOS** brought **RODRIGUEZ'** dog into the truck cab from the bed of **SORIA's** pickup truck during a border checkpoint in order to evade detection of the drugs by drug detection canines.

*Information Corroborating CS#1 and CD#2*

17. During the search of **SORIA's** vehicle during the traffic stop search in Iowa which resulted in the seizure of the cocaine, Your Affiant observed a WalMart receipt from Brownsville, TX which showed a vacuum sealer purchased September 6, 2020 for $89.00. A debit card ending in "0480" was utilized to make the purchase. In Your Affiant's training and experience, a vacuum sealer is often utilized by drug traffickers to package and seal illegal drugs in order to conceal it's odors from drug detection canines. A credit card ending in "0480" in the name of "Omar E. Soria" was located in **SORIA**'s wallet. DEA agents/officers from the Brownsville office later reviewed surveillance video from the vacuum sealer purchase which show **DeCAMPOS** and **SORIA** pushing the cart out of the store after purchasing the vacuum sealer.

18. Agents/officers also went to the Boca Chica Inn & Suites in Brownsville, TX and reviewed hotel records which revealed that **DeCAMPOS** rented two rooms at the hotel on September 5, 2020. Each room indicated that "2" guests were to stay in each room. **DeCAMPOS** utilized her Minnesota driver's license as identification for the reservation of the rooms.

19. Your Affiant reviewed photographs and messages on a cellular phone seized from **SORIA's** vehicle which was utilized by **RODRIGUEZ.** **RODRIGUEZ** gave investigators recorded verbal consent to search the phone and stated that it was one of his children's phones but that he utilized it to contact his wife. During the search, Your Affiant observed multiple photographs of large rubber-banded stacks of US currency. In one particular photograph on **RODRIGUEZ'** phone, two large bundles of US currency, one of which contains a handwritten note with the numbers "12359" are on a table next to a blue zippered bag with a tassel matching the blue and red zippered Tommy Hilfiger bag seized by law enforcement containing the cocaine in **SORIA's** vehicle.

20. Your Affiant also reviewed the text message exchange between **RODRIGUEZ** and **SORIA**'s phone number (507) 210-4108. During one exchange on August 26, 2020, **RODRIGUEZ** texted **SORIA** and asked **SORIA** what he would be doing on the weekend. **RODRIGUEZ** then sent a photograph containing a large quantity of US currency in two separately rubber-banded bundles. On August 31, 2020, **SORIA** texted **RODRIGUEZ** in a combination of English and Spanish and asked **RODRIGUEZ** if he (**RODRIGUEZ**) sent all of what he (**SORIA**) asked or only half. **RODRIGUEZ** responded, "1/2". Finally, on September 4, 2020, **SORIA** texted **RODRIGUEZ** and wrote, "So whats up with a trip over to texas I got a 4 day weekend." Based on Your Affiant's training and experience and the review of **RODRIGUEZ'** cellular phone, Your Affiant believed **RODRIGUEZ** and **SORIA** engaged in

7

preparations for the trip to Texas which involved large quantities of US currency consistent with wholesale drug purchases.

## CONCLUSION

Based on the foregoing, your Affiant believes there is probable cause to believe that beginning on at least September 6, 2020, **Omar SORIA, Francisco RODRIGUEZ,** and **Irene De CAMPOS** committed offenses in violation of 21 U.S.C. § 846 and 841(b)(1)(A) (Conspiracy to Distribute Cocaine), in the Southern District of Iowa and elsewhere.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

*Thomas M. Smith*
Thomas Smith, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this __23rd__ day of September, 2020 by reliable electronic means.

*Helen C. Adams*
Helen C. Adams
Chief United States Magistrate Judge